UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80487-RLR

JOHN KOPROWSKI, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

US CLAIMS CAPITAL, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice at docket entry 9. Because Plaintiff has dismissed without prejudice this action asserted against Defendant, it is hereby **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of June, 2025.

                                                                  ROBIN L. ROSENBERG
Copies furnished to Counsel of Record    UNITED STATES DISTRICT JUDGE